**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, CA  94102
www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                                 415.522.2000


Re:   MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Dear Sir/Madam:

   Please be advised that for administrative purposes, the above entitled MDL action case number shall be changed from its current format in CM/ECF from M:05-cv-1699 CRB to **3:05-md-1699 CRB**.  The case title shall remain as presently captioned.  Nothing in this notice is intended to supplement or supersede any information outlined in the court's Pretrial Order No. 1 (Practice and Procedure Order) or subsequent pretrial orders.


Sincerely yours,

Rufino C. Santos
Deputy Clerk


cc: Counsel
      MDL